UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Mag. No. 1:16-mj-79 |
| ) | |
| CURTIS COLEMAN ) | JUDGE STEGER |

MEMORANDUM AND ORDER

CURTIS COLEMAN ("Defendant") came before the Court for an initial appearance on March 10, 2016, in accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure and in accordance with the Bail Reform Act, 18 United States Code § 3142(f), on a Criminal Complaint ("Complaint") and Warrant for Arrest.

After being sworn in due form of law, Defendant was informed of his privilege against self-incrimination under the 5th Amendment and his right to counsel under the 6th Amendment to the United States Constitution.

The parties asked the Court for time to prepare for the detention hearing. The Court scheduled the preliminary hearing and detention hearing on Wednesday, March 16, 2016.

During the March 16, 2016, preliminary hearing, the AUSA called as a witness DEA Task Force Officer James Hixson. Officer Hixson testified to the facts outlined in the Affidavit attached to the Complaint.

At the detention hearing, the AUSA moved that Defendant be detained pending future hearings based on the threat he poses to the community and his risk of flight. More specifically, the government based its request for detention on the facts testified to by Officer Hixson during the hearing.

Having heard and considered the testimony of Officer Hixson during the preliminary hearing and detention hearing, and the sworn Affidavit/Complaint, the undersigned finds:

1. There is probable cause to believe that there has been a violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), distribution of a mixture and substance containing a detectable amount of heroin, and 21 U.S.C. §§ 846 and 841(b)(1)(C), conspiring to distribute and possess with intent to distribute a mixture and substance containing a detectable amount of heroin, committed in the Eastern District of Tennessee.

2. There is probable cause to believe Defendant committed the aforesaid offenses.

3. There are no conditions or combination of conditions that will reasonably assure the safety of the community.

It is, therefore, ORDERED:

1. Defendant is held to answer the charges against him in the District Court.

2. The AUSA's motion to detain Defendant without bail is GRANTED for reasons set out in the separate ORDER OF DETENTION PENDING TRIAL filed with this Order.

3. Defendant shall next appear before the undersigned on **Monday, March 28, 2016, at 2:30 pm** for an arraignment.

ENTER.

s/*Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE