# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:16-cr-33 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| CURTIS ALLEN COLEMAN | ) | |
| | ) | Magistrate Judge Christopher H. Steger |
| | ) | |

## ORDER

On August 25, 2016, United States Magistrate Judge Christopher H. Steger filed a Report and Recommendation recommending: (a) that the Court accept Defendant's plea of guilty to Count One and a lesser included offense in Count Two of the Superseding Indictment; (b)that the Court adjudicate Defendant guilty of the charges set forth in Count One and a lesser included offense in Count Two of the Superseding Indictment; and (c) that the Court order that Defendant remain in custody pending sentencing in this matter.  (Doc. 32.)  Neither party filed an objection within the allotted fourteen-day period.  After reviewing the record, the Court agrees with Judge Steger's Report and Recommendation.  Accordingly, the Court **ACCEPTS** and **ADOPTS** the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1).  It is therefore

**ORDERED**:

1. Defendant's plea of guilty to Count One and a lesser included offense in Count Two of the Superseding Indictment is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One and a lesser included offense in Count Two of the Superseding Indictment; and

3. Defendant **SHALL REMAIN IN CUSTODY** pending sentencing on **December**

**2, 2016,** at **9:00 a.m.**

**ENTER:**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**